MARCUS BRODER, Appellant, v. AMHURST FABRICS, INC., Respondent and Third-Party Plaintiff. SHAMOKIN DYE & PRINT WORKS, INC., Third-Party Defendant.—

Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MIRIAM JOSEPH, as Administratix of the Estate of PERCY A. JOSEPH, Deceased, Appellant, v. SAMUEL LUTZKY et al., Respondents, et al., Defendants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Dore, J. P., and Shientag, J., dissent and vote to reverse and deny the motion.

MINNIE DRUCKER, Respondent, v. DAVID H. SIMON et al., Appellants, et al., Defendants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LTD., Respondent, v. EAGLE INDEMNITY COMPANY, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

GEORGE J. RUDNICK, Appellant, v. NAT M. TUCKMAN, Respondent, et al., Defendants.— Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MORTON FRACKMAN, Respondent, v. JOSEPH FRACKMAN et al., Appellants.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ART COLOR PRINTING COMPANY, Appellant, v. KABLE NEWS COMPANY, Respondent.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ART COLOR PRINTING COMPANY, Appellant, v. KABLE NEWS COMPANY, Respondent, et al., Defendants.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

IDA EINBINDER et al., Appellants, v. LEO LERNER, Respondent.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.